1  GLENN D. HAMOVITZ, State Bar No. 136976
   LAW OFFICES OF GLENN D. HAMOVITZ
2  468 N. Camden Drive, Suite 200
   Beverly Hills, California 90210-4507
3  (310) 285-5371

4  Attorney for Plaintiff
   JESSICA LEYVA

**FILED**

FEB 2 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  JESSICA LEYVA,                    )  CASE NO.: 1:12-CV-02092-AWI-SKO
                                      )
11              Plaintiff,            )  STIPULATION OF DISMISSAL OF
                                      )  ENTIRE ACTION WITH PREJUDICE
12  v.                                )  BY PARTIES [FRCP, RULE
                                      )  41(a)(1)(A)(ii)]
13  FLEETPRIDE, INC., an Alabama      )
    corporation; and DOES 1           )
14  through 20, inclusive,            )
                                      )
15              Defendants.           )
    _____)

19       TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that plaintiff, Jessica Leyva

21  ("Plaintiff") and Defendant, Fleetpride, Inc., an Alabama

22  corporation ("Defendant") hereby stipulate, by and through their

23  counsel of record, to the dismissal with prejudice of the above-

24  entitled action.  Plaintiff and Defendant further stipulate and

25  ///

26  ///

27  ///

28  ///

1 | agree to bear their own attorneys fees and costs related to this

2 | action.

3

4 | DATED: February 21, 2013       LAW OFFICES OF GLENN D. HAMOVITZ

5

6 |                                By _____
                                    GLENN D. HAMOVITZ
7 |                                 Attorneys for Plaintiff
                                    JESSICA LEYVA
8

9
   | DATED: February 21, 2013       OGLETREE, DEAKINS, NASH, SMOAK &
10 |                                STEWART, P.C.

11

12 |                               By _____
                                    Betsy Johnson, Esq.
13 |                                Attorneys for Defendant
                                    FLEETPRIDE, INC., an Alabama
14 |                                corporation

15

16                                It is so Ordered. Dated: 2-27-13

17

18                                _____
                                   United States District Judge
19

20

21

22

23

24

25

26

27

28

-2-